M56

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 21 AM 10: 59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Docket No. '08 MJ 2573 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Sergio PALAFOX-Butron,** | ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **August 20, 2008** within the Southern District of California, defendant, **Sergio PALAFOX-Butron,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **August, 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

rox
8/20/08
xnix

 M56

**CONTINUATION OF COMPLAINT:**
**Sergio PALAFOX-Butron**

## PROBABLE CAUSE STATEMENT

On August 20, 2008, at approximately 4:00 A.M., Supervisory Border Patrol Agent J. Feldman and Border Patrol Agent T. Humphrey responded to the activation of a seismic intrusion device Northeast of the Tecate, California Port of Entry. Upon arriving in the area, the Agents followed footprints until they encountered six individuals. Agent Feldman identified himself as a United States Border Patrol Agent and questioned each of the six subjects, including one later identified as the defendant **Sergio PALAFOX-Butron**, as to their citizenship. All six individuals admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter, be, or reside in the United States lawfully. At approximately 4:30 a.m. all six individuals were arrested and transported to the Tecate Processing Center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **April 25, 2000** through **El Paso, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.